## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL DISTRICT WITHIN AND FOR BIG HORN COUNTY, WYOMING

| | |
|---|---|
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., | ) CV-2020-0102 |
| Plaintiff, | ) |
| vs. | ) |
| KAYTLYN WILSON MARTINEZ and MATTHEW MARTINEZ, | ) |
| Defendant. | ) |
| KAYTLYN WILSON MARTINEZ and MATTHEW MARTINEZ, | ) |
| Counterclaimants, | ) |
| vs. | ) |
| ROCKY MOUNTAIN RECOVERY SYSTEMS INC., a Wyoming Corporation, | ) |
| Counterclaim Defendant. | ) |

### DEFENDANT'S/COUNTERCLAIMANTS' RULE 5 DISCLOSURES

COME NOW Defendants/Counterclaimants, by and through their undersigned counsel and for their Rule 5 Disclosures, state:

WITNESSES:

1. Kaytlyn Martinez
   c/o Seth Shumaker, Attorney at Law
   2 N. Main, Ste. 103
   Sheridan, WY 82801
   307/675-1233

   Mrs. Martinez is expected to testify as to all matters raised in the parties' respective pleadings.

2. Matthew Martinez
   c/o Seth Shumaker, Attorney at Law

1

2 N. Main, Ste. 103
Sheridan, WY 82801
307/675-1233

Mr. Martinez is expected to provide testimony as to all matters raised by the parties' respective pleadings

EXHIBITS:

1. None at this time. Will supplement when they are acquired.

DAMAGE

1. Defendants/Counterclaimants are in the process of acquiring a calculation of their damages and will provide that when it is completed.

## MISCELLANEOUS

1. Defendants/Counterclaimants reserve the right to supplement these disclosures within the bounds of the applicable rules of civil procedure and order of this Court.

DATED this 15th day of February, 2021.

Seth Shumaker, WSB 6-3818
2 N. Main, Ste. 103
Sheridan, WY 82801
307/675-1233
307/675-1235 (fax)
sheridanwyolaw@gmail.com
Attorney for Defendants/Counterclaimants

### certificate of service

I hereby certify that a true and exact copy of the foregoing document was sent this 15th day of February, 2021, via U.S. Mail, first class postage prepaid to Mr. Brett Allred, Attorney for the Plaintiff/Counter Defendant.

_Seth Shumaker_

3