**In The Circuit Court of The 5 Judicial District**
**Big Horn County, Wyoming**

Rocky Mountain Recovery )
                  Plaintiff(s), )
                   )
            VS. ) Case Number: CV-2020-0000102 L
                   )
Matthew M Martinez Kaytlyn K Wilson )
                  Defendant(s), )

CERTIFIED A TRUE COPY
DATE 2-3-2021
DIANE NUTTALL, CLERK
DEPUTY

## INITIAL CASE MANAGEMENT ORDER AND ORDER SETTING BENCH TRIAL

THE COURT, having reviewed the pleadings, finds that a case management conference is not necessary and hereby enters an Initial Case Management Order.

OR

THIS MATTER came before the Court for a case management conference. The Plaintiff appeared by and through counsel. The Defendant(s) appeared without counsel.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Bench Trial is hereby set in this matter for the 30th day of JUNE, 2021 at the hour of 10:00 o'clock A.M. in Basin / Lovell, Wyoming.

IT IS FURTHER ORDERED as follows:

1.     Disclosures. **No later than thirty days** after the filing by Defendant(s) of a responsive pleading, each party shall file with the Court its initial disclosures in accordance with Rule 5, Wyoming Rules of Civil Procedure for Circuit Courts. A copy of the Disclosure shall at the same time be forwarded to the opposing party. Any objections to the adequacy of said Disclosures shall be filed with the Court **no later than twenty days** after the Disclosure is filed with the Court.

2.     Expert Witnesses. A party seeking to introduce expert testimony shall furnish a copy of the expert's report to the Court **no later forty-five days before trial**, and shall comply with the requirements of Rule 9, Wyoming Rules of Civil procedure for Circuit Courts. A copy of the Report shall at the same time be forwarded to the opposing party.

3.     Dispositive Motions and other Pretrial Motions. All motions must be filed **no later than forty-five days before trial**. Motions shall be set for hearing by subsequent order of the Court.

IT IS FURTHER ORDERED that **no less than ten days before trial**, each party shall prepare, file with the Court and serve upon the other party, a pre-trial memorandum containing the following information:

1.     Witness List:
   a) Each party shall list the name, address, and telephone number, if known, of each proposed witness, together with a brief synopsis of anticipated testimony.

   b) Except for the defendant and witnesses not known and not reasonably discoverable by the exercise of due diligence, no proposed witness will be allowed to testify unless listed on the proponent's pre-trial memorandum **and the pre-trial memorandum is timely served.**

187813

      c) In the event of a later discovered witness counsel shall provide without delay the information required to the court and opposing counsel. Failure to do so may result in exclusion of the witness from trial.

2. <u>Exhibits List-</u> Identify exhibits intended to be offered and include copies of all documents. Plaintiff shall identify exhibits by number and Defendant(s) by letter.

IT IS FURTHER ORDERED that this matter shall not be continued upon stipulation of the parties. Continuances shall be granted only for good cause shown in writing and **no later than ten days prior to trial.**

It is each party's responsibility to be familiar with the applicable Wyoming Rules of Civil Procedure for Circuit Courts, the Wyoming Rules of Civil Procedure, and the Wyoming Rules of Evidence. These are available at the Wyoming Supreme Court's website at www.courts.state.wy.us/supreme-court/court-rules  Neither the Judge nor court personnel can provide any party legal advice.

DONE this 3 day of FEBRUARY, 2021

EDWARD G. LUHM  
CIRCUIT COURT JUDGE

[Seal: CIRCUIT COURT OF THE 5TH JUDICIAL DISTRICT, STATE OF WYOMING, BIG HORN COUNTY]