CERTIFIED A TRUE COPY
DATE 4-28-2021
DIANE ... CLERK
DEPUTY

| | |
|---|---|
| **STATE OF WYOMING** | **COUNTY OF BIG HORN** |

ROCKY MOUNTAIN RECOVERY,
A Wyoming Corporation,

        *Plaintiff,*

-vs-

Kaytlyn Wilson Martinez and Matthew Martinez,

        *Defendant.*

IN THE CIRCUIT COURT
FIFTH JUDICIAL DISTRICT
355 E 5TH
LOVELL, WY 82431

Civil Action No. CV-2020-0102

## ORDER DENYING "MOTION TO REMOVE CAUSE TO FEDERAL DISTRICT COURT"

**THIS MATTER** having come before the Court on April 21, 2021 at 10:30 a.m. pursuant to the Defendants' "Motion to Remove Cause to Federal District Court and the Plaintiff having appeared through its attorney, and the Defendants having appeared through their attorney, and the Court having heard arguments and being fully advised finds as follows:

1. That the motion was not filed in a timely manner and the state court has concurrent jurisdiction to hear Fair Debt Collections Practices Act claims.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Defendants' motion to remove cause to federal district court be, and hereby is, denied.

DATED this 28 day of April, 2021.

BY THE CIRCUIT COURT:
**ORIGINAL SIGNED BY THE JUDGE**
Circuit Court Judge

*Copies to:* Wilkerson & Wilkerson, LLC, 210 N. Bent Street, Powell, Wyoming 82435
        Kaytlyn Wilson Martinez and Matthew Martinez: Attn Seth Shumaker 2 N Main St E 103 Sheridan, WY 82801.

Plaintiff's File No. 187813.rmr