**Bret T Allred**
117 N Bent St, Powell, WY 82435
Telephone: 307-271-1034
Email: bret@YellowstoneLawGroup.com
*For the Defendant*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 JAN 28 AM 11:52

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| KAYTLYN WILSON MARTINEZ<br><br>*Plaintiff,*<br><br>ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,<br>A Wyoming Corporation,<br><br>*Defendant.* | Civil Action No: 21-CV-101-KHR<br><br>**DEFENDANT'S STATUS UPDATE ON STATE COURT ACTION** |

Defendant, Rocky Mountain Recovery Systems, Inc. ("**RMRSI**"), by and through undersigned counsel, and pursuant to the Court's ORDER GRANTING DEFENDANT'S MOTION TO DISMISS IN PART: (Docket Entry 11), hereby provides the court with an update on the status of the parallel proceeding being litigated in state court by stating.

1. The state court action has been stayed due to bankruptcy.

DATED this 14th day of January 2022.

Bret T. Allred; 6-3835;
For Defendant

## CERTIFICATE OF SERVICE

I, Bret T. Allred, certify that on this 26th [14th struck through] day of January 2022 I caused a copy of the above document to be served upon the Defendants by depositing the same with this U.S. Postal Service and addressed as follows:

Kaytlyn Martinez
ATTN: Seth Shumaker
2 N. Main, Ste. 103
Sheridan WY 82801

_____
Bret T. Allred