Bret T Allred
117 N Bent St, Powell, WY 82435
Telephone: 307-271-1034
Email: bret@YellowstoneLawGroup.com
*For the Defendant*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 31 2022

Margaret Botkins, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| KAYTLYN WILSON MARTINEZ<br>*Plaintiff,*<br><br>ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,<br>A Wyoming Corporation,<br>*Defendant.* | Civil Action No: 21-CV-101-KHR<br><br>**DEFENDANT'S STATUS UPDATE ON STATE COURT ACTION** |

Defendant, Rocky Mountain Recovery Systems, Inc. ("**RMRSI**"), by and through undersigned counsel, and pursuant to the Court's ORDER GRANTING DEFENDANT'S MOTION TO DISMISS IN PART: (Docket Entry 11), hereby provides the court with an update on the status of the parallel proceeding being litigated in state court by stating.

1. The Plaintiff has declared bankruptcy and so the state court action is closed.

2. The claim filed in circuit court has been dismissed without prejudice as of May 4, 2022.

3. If the Plaintiff does not dismiss the case in this court, we believe the prudent course of action would be to lift the stay so the Defendant can file counterclaims and Rule 11 motions to avoid repetitive status reports in perpetuity.

**DATED** this 28 day of October 2022.

Bret T. Allred; 6-3835 of counsel
For Defendant

## CERTIFICATE OF SERVICE

I, Bret T. Allred, certify that on this 28 day of October 2022 I caused a copy of the above document to be served upon the Defendants by depositing the same with this U.S. Postal Service and addressed as follows:

Kaytlyn Martinez
ATTN: Seth Shumaker
2 N. Main, Ste. 103
Sheridan WY 82801

_____
Bret T. Allred

To Whom it may Concern;
You have the wrong person, I was not in the state of Wyoming at the time of service provided.
Thank you for your time,
Kory Shira

CV 2022-2700



FILED
OCT 18 2022
CIRCUIT COURT OF SEVENTH
DISTRICT, NATRONA
BY

238300

ory to IT

8 oct 2022

**WILKERSON & WILKERSON, LLC**

ATTORNEYS AT LAW
210 N. BENT STREET
POWELL, WYOMING 82435

ADDRESS SERVICE REQUESTED



US POSTAGE ™ PITNEY BOWES

ZIP 82435
02 4W
0000351557
$ 000.57

2120 Capitol Avenue
Room 2131
Cheyenne, WY 82001

82001$3658 C015