

**FILED**

3:15 pm, 10/31/22

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

KAYTLYN WILSON MARTINEZ, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,

    Defendant.

Case No.  21-CV-101-F

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Plaintiff moves to voluntarily dismiss this action because she no longer has a financial interest in this action.  ECF 21.  Defendant has not yet answered or moved for summary judgment, and Plaintiff therefore can dismiss her claims by notice.  Fed. R. Civ. P. 41(a)(1)(A).  While the motion is self-executing, the Court hereby approves and GRANTS the motion to dismiss this action without prejudice.  The Clerk's office shall close this case.

Dated this 31st day of October, 2022.

*Nancy D. Freudenthal*

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE